**Order entered August 9, 2021**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

**No. 05-21-00331-CV**

**IN THE INTEREST OF A.A., A CHILD**

**On Appeal from the 416th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 416-51855-2020**

**ORDER**

In response to our August 5, 2021 order directing him to file written verification he has paid or made arrangements to pay for the reporter's record, appellant has filed a letter stating he has decided to proceed without the record. Accordingly, as the clerk's record has been filed, we **ORDER** appellant to file his brief no later than September 8, 2021.

/s/     ROBERT D. BURNS, III
          CHIEF JUSTICE